UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LYCOS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| TELEFONICA DATA USA, INC., | ) ) | Case No. 04-12716 (WGY) |
| Defendant. | ) ) | |

## TELEFONICA DATA USA, INC.'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1)&(2), Defendant Telefonica Data USA, Inc. ("Telefonica") hereby moves to dismiss Plaintiff Lycos, Inc.'s ("Lycos") Complaint. As set forth in the accompanying Memorandum of Law, and incorporated herein by reference, this Court should dismiss Plaintiff's Complaint because it lacks (1) subject matter jurisdiction over the Plaintiff's Declaratory Judgment claim, and (2) personal jurisdiction over Telefonica.

WHEREFORE, Telefonica respectfully requests that the Court dismiss Plaintiff's Complaint against Telefonica in its entirety.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Telefonica requests oral argument on its Motion.

Respectfully submitted,

DEFENDANT TELEFONICA DATA USA, INC.

By its attorneys,

_____
Barry S. Pollack (BBO #642064)
Jill Brenner Meixel (BBO #652501)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street  33rd floor
Boston, MA 02108
(617) 720-2880

Dated: January 12, 2005

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on January 12, 2005, I did confer in good faith, via telephone, with Thomas O. Bean, Esq., counsel for Plaintiff Lycos, Inc., in an effort to narrow or resolve the issues raised in this motion.

_____
Barry S. Pollack