UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYCOS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TELEFONICA DATA USA, INC., | ) Case No. 04-12716 (WGY) |
| Defendant. | ) ) ) |

## TELEFONICA DATA USA, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Telefonica Data USA, Inc. hereby makes the disclosures required by Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts.

<u>Parent Corporation</u>: Telefonica DataCorp., S.A. (which is owned by Telefonica, S.A.)

<u>Publicly Held Companies Owning 10% or More of Defendant's Stock</u>: Telefonica, S.A. indirectly owns 10% or more of Defendant's stock.

Respectfully submitted,

DEFENDANT TELEFONICA DATA USA, INC.

By its attorneys,

_/s/ Jill B. Meixel_
Barry S. Pollack (BBO #642064)
Jill Brenner Meixel (BBO #652501)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street 33rd floor
Boston, MA 02108
(617) 720-2880

Dated: January 20, 2005