RECEIVED
Clerk's Office
USDC, Mass.
Date 1/26/05
By M.P.
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LYCOS, INC., | ) | C.A. No. 04-12716-WGY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AFFIDAVIT OF** |
| | ) | **ANDREW W. FEINBERG** |
| TELEFONICA DATA USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

I, Andrew W. Feinberg, state under oath as follows:

1. I served as Vice President and General Counsel of Lycos, Inc. ("Lycos") from 2001 until October 22, 2004. I am a member in good standing of the Massachusetts bar, having been admitted in 1990.

2. As General Counsel at Lycos, I was directly involved in the negotiations between Lycos and Telefonica Data USA, Inc. ("T-Data") leading to the execution in November of 2003 of a master services agreement ("MSA") and several exhibits and schedules with respect thereto (collectively, the "Transaction Documents") governing T-Data's provision of hosting and bandwidth services to Lycos. I was also directly involved (with others at Lycos) in the subsequent day-to-day dealings and relations between Lycos and T-Data as both sides performed under the Transaction Documents. I have personal knowledge of the facts set forth herein.

3. During the course of the negotiation of the Transaction Documents, T-Data's employees, representatives, and/or attorneys initiated communications to me at Lycos' offices in Waltham, Massachusetts. Specifically,

      A.     they telephoned me more than ten times to discuss what became the Transaction Documents; and

      B.     they sent me more than fifteen e-mails to discuss what became the Transaction Documents.

4. In or around mid-October of 2003, senior executives of T-Data met face-to-face with me and other senior executives of Lycos at Lycos' offices in Waltham, Massachusetts, to negotiate outstanding issues in what were to become the Transaction Documents. Present on behalf of T-Data were Peter Pizarro, Chief Executive Officer, Ronald Jones, Vice President of Operations, and Zeke Rodriguez, Vice President of Sales. This meeting lasted an entire business day, and involved intensive discussion of numerous provisions of the Transaction Documents. This was the only face-to-face meeting between the senior executives of Lycos and T-Data during the negotiations.

5. Lycos executed the Transaction Documents at the direction of its parent, an affiliate of T-Data's parent.

6. After execution of the Transaction Documents, T-Data's employees, representatives, and/or attorneys initiated more than five telephone calls to me and sent me more than five e-mails to me in Waltham, Massachusetts in connection with the parties' performance under the Transaction Documents.

SIGNED UNDER THE PENALTIES OF PERJURY this 25th day of January, 2005.

                                                                Andrew W. Feinberg