RECEIVED

Clerk's Office
USDC, Mass.
Date 1/26/05
By M.P.
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LYCOS, INC., | ) | C.A. No. 04-12716-WGY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AFFIDAVIT OF** |
| | ) | **DEAN BATTEN** |
| TELEFONICA DATA USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

I, Dean Batten, state under oath as follows:

1.      I have served as Director of Operations at Lycos, Inc. ("Lycos") since
December, 2003.   Since starting at Lycos, I have received and/or reviewed several of the
invoices that Lycos has received from Telefonica Data USA, Inc. ("T-Data") for services T-
Data has provided under a master services agreement ("MSA") and several exhibits and
schedules with respect thereto (collectively, the "Transaction Documents") entered into by
Lycos and T-Data in November of 2003.   I am familiar with the technical and logistical
aspects of the services that T-Data provides to Lycos under the Transaction Documents.  I
have also been directly involved in dealing with several disputes that have arisen between the
parties related to certain amounts billed to Lycos on T-Data's invoices that Lycos believes are
inaccurate and/or inappropriate.  I have personal knowledge of the facts set forth herein.

2.      One of the services provided to Lycos by T-Data under the Transaction
Documents is so-called "ATM Service." The acronym "ATM" stands for "asynchronous
transfer mode," which is a technology that organizes digital data (in the form of voice, data
and video information) into small units and simultaneously transmits them on a single

"circuit," providing "guaranteed bandwidth" for such transmissions at high speeds.  An ATM "circuit" is simply a dedicated path between the source and destination of the digital data.

      3.      One ATM service Lycos ordered from T-Data was through a circuit from Madrid, Spain to Waltham, Massachusetts, commonly known as the "Madrid circuit."  Upon information and belief, T-Data installed, or caused it to be installed, a wire at Lycos' Massachusetts location to establish this circuit.  Attached hereto as Exhibit A is a fully legible version of the Order Form for the Madrid circuit that specifically refers to the "installation address" as Lycos' office at 100 Fifth Avenue, Waltham, Massachusetts (the fully executed version is also included).

      4.      T-Data has sent me at Lycos' offices in Waltham, Massachusetts letters, e-mails, and faxes in connection with performance of the parties' obligations under the Transaction Documents.  These letters, e-mails, and faxes include, without limitation, the following:

      A.      I received the letters attached hereto as Exhibit B from T-Data at Lycos' Waltham, Massachusetts location;

      B.      I have received at least five invoices at my office in Waltham, Massachusetts sent by T-Data for services rendered under the Master Services Agreement and related documents, copies of which are attached hereto as Exhibit C.  These invoices were sent by overnight courier, by facsimile, and/or by e-mail.

      C.      I have received more than a dozen e-mails at my office in Waltham, Massachusetts, from T-Data in connection with performance of the parties' obligations under the Master Services Agreement and related documents. Several of these e-mails are attached hereto as Exhibit D.

SIGNED UNDER THE PENALTIES OF PERJURY this 26th day of January, 2005.

_____
Dean Batten

**SCHEDULE I-1**

**TO**

**EXHIBIT I**

**Order Form**



C:\Documents and
Settings\JRiggs\Desk

**Service Start Date: 9 January, 2004**

I-4

**Telefonica Data**

| Number of ord | | Order Form - 000 | |
|---|---|---|---|
| GAM | | Zeke Rodriguez | |
| GAE | | Jim Riggs | |
| Order Date | | | |
| Term | 1 year | 2 Years | 3 Years |

| COMPANY | Terra Lycos, Inc. | Billing Contact | Terra Lycos | | GPM | Pablo A. Gamham | |
|---|---|---|---|---|---|---|---|
| Contact | Vish Yelsangikar | Phone | Vish Yelsangikar | | Phone | 305-925-5224 | |
| Phone | 650-428-5241 | Fax | | | Cell | 305-915-3209 | |
| Fax | | E-mail | vish.yelsangikar@corp.terralycos.com | | Fax- | | |
| E-mail | vish.yelsangikar@corp.terralycos.com | | | | E-Mail | pgamham@us.telefonica-data.com | |

| Address NPA-Nxx Full Number | | Billing Information & Contacts (All Countries) | |
|---|---|---|---|

| Customer Type: | New | Change of service | Renewal | Upgrade | Add-on | Install Date: |
|---|---|---|---|---|---|---|

### ATM

| Installation | | Bandwidth | | Peak Central | Port Speed | CPE Charges | | Country |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Install | Monthly | |
| 5mbps ATM vbr-nrt | | 5mbps | | 5mbps | DS3/E3 | $1,000.00 | $11,000.00 | USA |

| SLA Criteria | | SERVICE LEVEL AGREEMENTS (SLA) | | | | | Provision | |
|---|---|---|---|---|---|---|---|---|
| Latency | | Network Availability | | | | | | |
| See Schedule E I-1 to Exhibit I | | | | | | | | |

| MTBF | | | | Countries | | | | |
|---|---|---|---|---|---|---|---|---|

### Installation Address

| Address A Side | | | Address B Side | | |
|---|---|---|---|---|---|
| Location: | | | Location: | | |
| Country | USA | | Country | Spain | |
| State | MA | | State | | |
| City | Waltham | | City | Madrid | |
| Address | 1001 Totten 100 FIFTH AVENUE | | Address | Avda de las dos Castillas, 7, Pozuelo de Alarcon | |
| Suite / Floor | | | Suite / Floor | | |
| Tie Down (Rack/Shelf, Position) | | | Tie Down (Rack/Shelf, Position) | | |

Notes:  Connecting to Customer POP/Local Loop? If so CFA/LOA need to be issued (depending on who meets who.

| Local Contact A Side | | | Local Contact B Side | | |
|---|---|---|---|---|---|
| Name | | | Name | | |
| Phone | | | Phone | | |
| Number | | | Number | | |
| eMail | | | eMail | | |

| Circuit Parameters A Side | | | Circuit Parameters B Side | | |
|---|---|---|---|---|---|
| Port: | ☐ T1 ☐ E1  ☑ DS3  ☐ STM1 | | Port: | ☐ T1 ☐ E1  ☑ E3  ☐ STM1 | |
| Interface: | G703 coax | (BNC, G703, V35, SC-MM) | Interface: | G703 coax | (BNC, G703, V35, SC-MM) |
| Params: | | (B8ZS-AMI, ESF-SF, Framed) | Params: | | (B8ZS-AMI, ESF-SF, Framed) |
| Qos, Class | VBR-nrt  ☐ CBR, VBR, Type QoS | | DLCI | 17,204 | |
| Notes: | | | | | |

### Installation Fees

| | One Time Fee (USD) | |
|---|---|---|
| Circuit Installations costs | $1,000.00 | |

### Customer Premise Equipment

| Qty | Channel Bank Model | Vendor | Type of Hardware | Install Fee | Monthly Charges | Extended Price |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| Comments | | | | | | |
|---|---|---|---|---|---|---|
| No Equipments | | | | | | |

### Technical Information

| IP Addresses | N/A | | | | Other | |
|---|---|---|---|---|---|---|
| IP Address | N/A | | | | Other | |

| Customer: Terra Lycos, Inc. | | Telefonica USA, Inc: | |
|---|---|---|---|
| Signature: | (signature) | Signature: | |

REVIEWED BY
TERRA LYCOS LEGAL PDX

**Telefónica Data**

| | |
|---|---|
| Number of order | Order Form  000 |
| GAM | Zeke Rodriguez |
| GAE | Jim Roose |
| Order Date | |
| Term | 6'  Xy'ears  d   2 Years   3 Years |

| COMPANY | Terra Lycos, Inc. | Billing Contact | | Terra Lycos | | GPM | Pablo A. Gamham |
|---|---|---|---|---|---|---|---|
| Contact | Vish Yeksangkar | Phone | | Vish Yeksangkar | | Phone | 305-925-5224 |
| Phone | 650-424-5241 | Fax | | | | Cell | 305-915-3200 |
| Fax | | E-mail | | vish.yeksangkar@corp.inralycos.com | | Fax | |
| E-mail | vish.yeksangkar@corp.inralycos.com | | | | | E-mail | pgarnham@us.telefonica-data.com |

| Address | | Billing Information & Contacts (All Countries) | |
|---|---|---|---|
| NPA-Nxx | | | |
| Full Number | | | |

| Customer Type: | | Change of service | Renewal | Upgrade | Add-on | Install Date: |
|---|---|---|---|---|---|---|

### ATM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5mbps ATM var-nd | 5mbps | | 5mbps | DS3/E3 | $1,000.00 | $11,000.00 | USA |

See Schedule E i-1 to Exhibit I

### Installation Address

| Location: | | | Location: | |
|---|---|---|---|---|
| Country | USA | | Country | Spain |
| State | MA | | State | |
| City | Waltham | | City | Madrid |
| Address | 400 5th  100 FIFTH AVENUE | | Address | Avda de los dos Castillas, T, Pozuelo de Alarcon |
| Suite / Floor | | | Suite / Floor | |
| Tie Down (Rack/Shelf, Position) | | | Tie Down (Rack/Shelf, Position) | |

Notes:  Connecting to Customer POP/Local Loop? If so CFA/LOA need to be issued (depending on who meets who.

| Name | | | Name | |
|---|---|---|---|---|
| Phone Number | | | Phone Number | |
| eMail | | | eMail | |

| Port: | T1  E1  D2  STM | Port: | T1  E1  DS3  E3  STM |
|---|---|---|---|
| Interface: | GT03 coax | Interface: | GT03 coax |
| | [BNC, G703, V35, SC-MM) | | [BNC, G703, V35, SC-MM) |
| Params: | [B8ZS-AMI, ESF-SF, Framed] | Params: | [B8ZS-AMI, ESF-SF, Framed] |
| Qos_Class | VBRnrt    CBR, VBR, Type OoS | QLCI | 17,204 |
| Notes: | | | |

### Installation Fees

| | | |
|---|---|---|
| Circuit Installations costs | | $1,000.00 |

### Customer Premise Equipment

| | | |
|---|---|---|
| No Equipments | | |

### Technical Information

| IP Addresses | N/A | | Other | |
|---|---|---|---|---|
| IP Address | N/A | | Other | |

| Customer:  Terra Lycos, Inc. | Telefonica USA, Inc. |
|---|---|
| Signature: | Signature: |

REVIEWED BY
TERRA LYCOS LEGAL  PDK

| Name: ~~Vish Vehrapiliac~~ BEIN LUEY | Name: ANTONIO BERNARDO |
| Title: ~~Network Operations & Security Manager~~ CFO | Title: EVP |
| Date: | Date: 02/04/04 |



SENT VIA FAX, CERTIFIED US MAIL, RETURN RECEIPT REQUESTED

** NOTICE OF TERMINATION OF SERVICES **
17:00 EST, 12/20/04

RE:  PAST DUE BALANCE

December 20, 2004

Dear Mr. Batten:

This letter is in reference to the attached invoice which represents charges incurred from 09/01/04 – 12/31/04.  We make reference to the above mentioned invoices which appears to remain outstanding despite persistent communications regarding the past due status of the account.

As you are already aware of, we have been in continuous communications with Bert Knorr prior to your involvement, and directly with you, over the course of the last several months regarding this issue.  Unfortunately, the discussions that we have had centered on renegotiating the current contract, rather than bringing your account current.  We are also aware that you are disputing various items contained on your invoices.  Since you are now in possession of all the invoices in question, the undisputed portion of these invoices should be paid immediately.

Please note that there should be no dispute regarding the billing of the minimums regarding colo space and bandwidth charges.  These items are clearly defined in the Master Service Agreement and accompanying addendums.

We cannot extend your credit any further and wish to inform you that funds in the amount of $459,523.72 plus interest charges of $6,575.86, calculated at 1% per month per Section 4.1 of the Master Services Agreement signed by both parties on 11/20/03 and accounting for all payments made during the aforesaid time period.  This amount includes the unpaid balance of the 09/04/04 invoice; $155,339.56 (now 80 days past due), the October invoice; $304,184.16, plus the aforementioned interest charges.

Therefore the sum of $466,099.58 is required to be sent via wire transfer and deposited to Telefonica Data's account no later than 15:00EST, 12/30/04.  If payment in this amount is not received prior to this date and time, Telefonica will immediately terminate all services currently being provided to Lycos.

In addition interest continues to accrue on the above amount at $153.17 daily from the date of this letter, the November Invoice totaling $298,093.29 will be due 12/27/04, and will begin accruing interest charges after that date, and the December Invoice totaling $298,093.29 will become due on 01/01/05, incurring the same interest penalties after that date.  In addition there is a $66,599.50 tax assessment bill which is still pending, however this invoice will not be assessed any penalties or interest charges.

It is regrettable that we need to pursue this option; however after repeated attempts to resolve the outstanding balance on this account, as well as the lack of response to a formal demand for payment on several prior occasions, this is the last remaining option.

It is our hope that you save yourself the expense of court proceedings, legal expenses, and further interest charges, and pay the outstanding balance due at this time.

Sincerely,

Victoria Medina
CFO

# Telefonica

December 23, 2004

**BY FACSIMILE: 781.370.3433**

Mr. Dean Batten
Director of Operations
Lycos, Inc.
Waltham, MA 02451

Re: Letter from Dean Batten to David Salway dated December 22, 2004

Dear Dean:

This letter is in response to your letter dated December 22, 2004. Telefonica acknowledges your payment of $154,751.06 as set forth in your letter.

Telefonica disagrees with your statement that Lycos did not "receive" the October invoice until December 14, 2004. I have copies of emails between Bert Knorr and me and facsimile receipts showing that this invoice was sent to Lycos back in November. The October payment is overdue and Telefonica expects payment (including interest) of the amount you and I agreed is due by December 30, 2004 or Telefonica will terminate its service agreements with Lycos.

You made a request that Telefonica Data provide Lycos transition assistance services per Section 7.4 of the Master Services Agreement. You failed to provide a statement of what services you are requesting that Telefonica provide and the term of those services. Without this information, Telefonica is not able to prepare a price quote.

You request that I fax you a copy of the Strategic Alliance Framework Agreement dated January 29, 2003. I do not have a copy of this agreement and have been advised that no such agreement bearing that date exists. I understand that the in-house attorneys for Lycos were the persons who added this provision to the Master Services Agreement during negotiations. I recommend that you contact your legal department for a copy of such an agreement, if it exists. If you receive one, I would appreciate your faxing it to me.

Finally, if Telefonica properly exercises its right to terminate the services agreements, it is as a result of the ongoing breach by Lycos of its obligation to pay the invoices timely.

Sincerely,

David Salway

*Telefónica*

January 20, 2005

**BY FACSIMILE (781.370.3433),**
 **E-MAIL (dean.batten@lycos-inc.com) and**
**Overnight Courier**

Mr. Dean Batten
Director of Operations
Lycos, Inc.
Waltham, MA 02451

     Re:   Breach of Master Services Agreement dated November 2003

Dear Mr. Batten:

     Pursuant to Section 1.1(j)(iv) of the Master Services Agreement ("MSA") executed in November 2003 by and between Telefonica Data USA, Inc. ("TDUSA") and Lycos, Inc. ("Lycos"), TDUSA hereby serves notice that Lycos is in breach of its payment obligations under the terms of Section 4.1 of the MSA for Lycos' failure to pay undisputed charges in the amount of $839,645.82 when due. This amount does not include interest as set forth in this section, which is also due.

     Accordingly, TDUSA hereby demands that Lycos pay the above amount, plus applicable interest, on or before January 27, 2005.

                               Sincerely,

                               David Salway
                               **Director of Service Management**
                               **Enterprise Accounts**

cc:    Patrick Hetherton

**Telefonica Data USA, Inc.**
1111 Brickell Ave., 10th Floor
Miami, Fl. 33131

Contact: Samuel Ortiz
Telephone: 305-925-5472
Fax: 305-373-1685
Email: sortiz@us.telefonica.com

| Invoice No. : | 01-0105-03-002526 |
|---|---|
| Invoice Date: | 01/01/05 |
| Invoice Period: | January-05 |
| Payment Due: | 01/31/05 |

| Name | **Lycos, Inc. Corporate Headquarters** | | | Att: | Dean Batten |
|---|---|---|---|---|---|
| | **Attn:  Dean Batten** | | | Tel # | (781) 466-7634 |
| Address | 100 5th Ave | | | Fax # | (781) 466-7060 |
| | Waltham, MA 02451 | | | eMail: | dean.batten@lycos-inc.com |

| Qty. | DESCRIPTION | Unit Price | | Tax | | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| **Hosting** | | | | | | | | |
| 4000 | Square Feet Collocation | $ | 27.00 | 7.00% | $ | 7,560.00 | $ | 108,000.00 |
| 64 | Power Whips L6 configuration | $ | 300.00 | 7.00% | $ | 1,344.00 | $ | 19,200.00 |
| 2 | Telephone Lines MRC | $ | 25.00 | 7.00% | $ | 3.50 | $ | 50.00 |
| 1 | Circuit - Madrid to Boston - Local loop Madrid | $ | 2,000.00 | 0.00% | $ | - | $ | 2,000.00 |
| 1 | Circuit - Madrid to Boston - International | $ | 3,500.00 | 23.79% | $ | 832.65 | $ | 3,500.00 |
| 1 | Circuit - Madrid to Boston - Local Loop in USA | $ | 5,500.00 | 23.79% | $ | 1,308.45 | $ | 5,500.00 |
| 14.72 | Mbps bandwidth Actual Reconcile  - December | $ | 100.00 | 7.00% | $ | 103.04 | $ | 1,472.00 |
| 400 | Mbps bandwidth Prebill  - January | $ | 100.00 | 7.00% | $ | 2,800.00 | $ | 40,000.00 |
| 1 | Professional Service Hours - (8 Workng Days) | $ | 5,843.44 | 0.00% | $ | - | $ | 5,843.44 |
| 13.75 | Professional Service Hours | $ | 125.00 | 0.00% | $ | - | $ | 1,718.75 |
| 1 | Akamai Services | $ | 47,500.00 | 7.00% | $ | 3,325.00 | $ | 47,500.00 |
| 1 | Domestic WAN (Florida -Ma - CA) | $ | 31,500.00 | 23.79% | $ | 7,493.85 | $ | 31,500.00 |
| 1 | Akamai Charges (Correction of Oct/Nov/Dec Inv) | $ | 801.05 | 7.00% | $ | 56.07 | $ | 801.05 |
| | Subtotal | | | | $ | 24,826.56 | $ | 267,085.24 |
| | State Communication Services Tax | | | | | | $ | 2,754.00 |
| | Local Communication Services Tax | | | | | | $ | 2,316.60 |
| | Gross Revenue Tax | | | | | | $ | 959.85 |
| | Florida Sales & Use Tax | | | | | | $ | 15,191.61 |
| | Universal Services Found | | | | | | $ | 3,604.50 |
| | Subtotal | | | | | | $ | 291,911.80 |
| **Invoice Summary** | | | | | | | | |
| | Total Charges | | | | | | $ | 267,085.24 |
| | | | | | | | | |
| | State Communication Services Tax | | | | | | $ | 2,754.00 |
| | Local Communication Services Tax | | | | | | $ | 2,316.60 |
| | Gross Revenue Tax | | | | | | $ | 959.85 |
| | Florida Sales & Use Tax | | | | | | $ | 15,191.61 |
| | Universal Services Found | | | | | | $ | 3,604.50 |
| | Total Taxes | | | | | | $ | 24,826.56 |
| | | | | | | | | |
| | Total Invoice | | | | | | $ | 291,911.80 |

-------------------------------------------------------------------------------------------------------
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

**INVOICE #**                                    **REMITTANCE STUB**
        01-0105-03-002526

**INVOICE DATE**
        January 1, 2005

| INVOICE AMOUNT DUE |
|---|
| **$     291,911.80** |

**REMIT PAYMENT TO:**
TELEFONICA DATA USA INC
ATTN: Finance Director's Office
1111 Brickell Ave., 10th Floor
MIAMI, FL  33131

**Lycos, Inc. Corporate Headquarters**
100 5th Ave
Waltham, MA 02451

**Telefonica Data USA, Inc.**
1111 Brickell Ave., 10th Floor
Miami, Fl. 33131

| | |
|---|---|
| Contact: | Samuel Ortiz |
| Telephone: | 305-925-5782 |
| Fax: | 305-373-1685 |
| Email: | sortiz@us.telefonica.com |

| | |
|---|---|
| **Invoice No. :** | |
| **Invoice Date:** | 01/01/05 |
| **Invoice Period:** | January-05 |
| **Payment Due:** | 01/31/05 |

| Name | **Lycos, Inc. Corporate Headquarters** |
|---|---|
| | **Attn:  Dean Batten** |
| Address | 100 5th Ave |
| | Waltham, MA 02451 |

| | |
|---|---|
| **Att:** | Dean Batten |
| **Tel #** | (781) 466-7634 |
| **Fax #** | (781) 370-3433 |
| **eMail:** | dean.batten@lycos-inc.com |

| Qty. | DESCRIPTION | Unit Price | | Tax | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| **Hosting** | | | | | | | |
| -3 | 4000 Square Feet Collocation with 10% contractual discount = $27 *10% = $2.70.  (4000*2.70 = $10,800 monthly price reduction. Nov, Dec, Jan = 3 Months Credit | $ | 10,800.00 | 7.00% | $ | (2,268.00) | $ (32,400.00) |
| -3 | 64 Power Whips L6 configuration with 10% contractual discount = $300*10% = $30. 64 * $30.00 = $1920 monthly price reduction. Nov, Dec, Jan - 3 Months Credit | $ | 1,920.00 | 7.00% | $ | (403.20) | $ (5,760.00) |
| -3 | 400 Mbps bandwidth with 10% contractual discount = $100*10% = $10 400* 10.00 = $4000 monthly price reduction. Nov, Dec, Jan - 3 Months Credit | $ | 4,000.00 | 7.00% | $ | (840.00) | $ (12,000.00) |
| -1 | 14.47 Mbps bandwidth Actual Reconcile  - December 14.47*10.00=$144.70 | $ | 144.70 | 7.00% | $ | (34.42) | $ (144.70) |
| -2109 | 703 Square Foot Reduction * 3 months | $ | 24.30 | 7.00% | $ | (3,587.41) | $ (51,248.70) |
| | | | | 7.00% | $ | - | $ - |
| | **Subtotal** | | | | $ | (7,133.03) | $ (101,553.40) |
| | **State Communication Services Tax** | | | | | | $ (9.84) |
| | **Local Communication Services Tax** | | | | | | $ (8.28) |
| | **Gross Revenue Tax** | | | | | | $ (3.43) |
| | **Florida Sales & Use Tax** | | | | | | $ (7,098.61) |
| | **Universal Services Found** | | | | | | $ (12.88) |
| | **Subtotal** | | | | | | $ (108,686.43) |
| **Invoice Summary** | | | | | | | |
| | **Total Charges** | | | | | | $ (101,553.40) |
| | **State Communication Services Tax** | | | | | | $ (9.84) |
| | **Local Communication Services Tax** | | | | | | $ (8.28) |
| | **Gross Revenue Tax** | | | | | | $ (3.43) |
| | **Florida Sales & Use Tax** | | | | | | $ (7,098.61) |
| | **Universal Services Found** | | | | | | $ (12.88) |
| | **Total Taxes** | | | | | | $ (7,133.03) |
| | **Total Invoice** | | | | | | $ (108,686.43) |

------------------------------------------------------------------------------------------------------------
PLEASE DETACH AND RETURN WITH YOUR PAYMENT
**REMITTANCE STUB**

**INVOICE #**

**INVOICE DATE**
      January 1, 2005

**REMIT PAYMENT TO:**

| **INVOICE AMOUNT DUE** |
|---|
| **$      (108,686.43)** |

**Telefonica Data USA, Inc.**
1111 Brickell Ave., 10th Floor
Miami, Fl. 33131

Contact: Samuel Ortiz
Telephone: 305-925-5782
Fax: 305-373-1685
Email: sortiz@us.telefonica.com

| | | |
|---|---|---|
| **Invoice No. :** | | |
| **Invoice Date:** | 01/12/05 | |
| **Invoice Period:** | January-05 | |
| **Payment Due:** | 02/11/05 | |

| Name | **Lycos, Inc. Corporate Headquarters** |
|---|---|
| | **Attn:  Dean Batten** |
| Address | 100 5th Ave |
| | Waltham, MA 02451 |

| | |
|---|---|
| **Att:** | Dean Batten |
| **Tel #** | (781) 466-7634 |
| **Fax #** | (781) 370-3433 |
| **eMail:** | dean.batten@lycos-inc.com |

| Qty. | DESCRIPTION | Unit Price | | Tax | | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| **Hosting** | | | | | | | | |
| 210 | 70 Power Whips L5 Configuration - Nov, Dec, Jan | $ | 180.00 | 7.00% | $ | 2,646.00 | $ | 37,800.00 |
| | Circuit - Madrid to Waltham, Mass | | | | | | | |
| | Service Date:  2/1/04 | | | | | | | |
| | Term: 2 Years | | | | | | | |
| | Cancellation Date: 10/6/04, 60 Days Notice Req'd | | | | | | | |
| | 10/6 - 12/6 | | | | $ | - | $ | |
| -1 | Credit for previous billing on December Invoice | $ | 11,000.00 | 23.79% | $ | (770.00) | $ | (11,000.00) |
| -1 | Credit for previous billing on January Invoice | $ | 11,000.00 | 23.79% | $ | (2,616.90) | $ | (11,000.00) |
| 14 | Billing for Remainder of Exhibit 1 (ATM Agmt) 12/1/04 - 1/31/06 (14 Months) | $ | 11,000.00 | 23.79% | $ | 10,780.00 | $ | 154,000.00 |
| | | | | 7.00% | $ | - | $ | - |
| | **Subtotal** | | | | $ | 10,039.10 | $ | 169,800.00 |
| | **State Communication Services Tax** | | | | | | $ | (748.00) |
| | **Local Communication Services Tax** | | | | | | $ | (629.20) |
| | **Gross Revenue Tax** | | | | | | $ | (260.70) |
| | **Florida Sales & Use Tax** | | | | | | $ | 12,656.00 |
| | **Universal Services Found** | | | | | | $ | (979.00) |
| | **Subtotal** | | | | | | $ | 179,839.10 |
| **Invoice Summary** | | | | | | | | |
| | **Total Charges** | | | | | | $ | 169,800.00 |
| | **State Communication Services Tax** | | | | | | $ | (748.00) |
| | **Local Communication Services Tax** | | | | | | $ | (629.20) |
| | **Gross Revenue Tax** | | | | | | $ | (260.70) |
| | **Florida Sales & Use Tax** | | | | | | $ | 12,656.00 |
| | **Universal Services Found** | | | | | | $ | (979.00) |
| | **Total Taxes** | | | | | | $ | 10,039.10 |
| | **Total Invoice** | | | | | | $ | 179,839.10 |

---------------------------------------------------------------------------------------------------------

PLEASE DETACH AND RETURN WITH YOUR PAYMENT
**REMITTANCE STUB**

**INVOICE #**

**INVOICE DATE**
January 12, 2005

**REMIT PAYMENT TO:**
TELEFONICA DATA USA INC
ATTN: Finance Director's Office
1111 Brickell Ave., 10th Floor
MIAMI, FL  33131

| **INVOICE AMOUNT DUE** |
|---|
| **$    179,839.10** |

**Lycos, Inc. Corporate Headquarters**
100 5th Ave
Waltham, MA 02451

**Telefonica Data USA, Inc.**
1221 Brickell Ave., Suite 600
Miami, Fl. 33131

Contact: Samuel Ortiz
Telephone: 305-925-5782
Fax: 305-373-1685
Email: sortiz@us.telefonica.com

| Invoice No. : | 01-1204-00-002426 |
|---|---|
| Invoice Date: | 12/01/04 |
| Invoice Period: | December-04 |
| Payment Due: | 12/31/04 |

| Name | **Lycos Inc.** |
|---|---|
| Address | **850 North Shoreline Blvd.** **Mountainview, CA 94043** |

| Att: | Dean Batten |
|---|---|
| Tel # | (781) 466-7634 |
| Fax # | 650 428 5111 |
| eMail: | dean.batten@lycos-inc.com |

| Qty. | DESCRIPTION | Unit Price | | Tax | | AMOUNT | |
|---|---|---|---|---|---|---|---|
| **Hosting** | | | | | | | |
| 4000 | Square Feet Collocation | $ | 27.00 | 7.00% | $ 7,560.00 | $ | 108,000.00 |
| 64 | Power Whips L6 configuration | $ | 300.00 | 7.00% | $ 1,344.00 | $ | 19,200.00 |
| 2 | Telephone Lines MRC | $ | 25.00 | 7.00% | $ 3.50 | $ | 50.00 |
| 1 | Circuit - Madrid to Boston - Local loop Madrid | $ | 2,000.00 | 0.00% | $ - | $ | 2,000.00 |
| 1 | Circuit - Madrid to Boston - International | $ | 3,500.00 | 23.79% | $ 832.65 | $ | 3,500.00 |
| 1 | Circuit - Madrid to Boston - Local Loop in USA | $ | 5,500.00 | 23.79% | $ 1,308.45 | $ | 5,500.00 |
| 400 | Mbps bandwidth Prebill - November | $ | 100.00 | 7.00% | $ 2,800.00 | $ | 40,000.00 |
| 300 | Professional Service Hours | $ | 56.00 | 0.00% | $ - | $ | 16,800.00 |
| 1 | Akamai Services | $ | 46,916.67 | 7.00% | $ 3,284.17 | $ | 46,916.67 |
| 1 | Domestic WAN (Florida -Ma - CA) | $ | 31,500.00 | 23.79% | $ 7,493.85 | $ | 31,500.00 |
| | **Subtotal** | | | | $ 24,626.62 | $ | 273,466.67 |
| | **State Communication Services Tax** | | | | | $ | 2,754.00 |
| | **Local Communication Services Tax** | | | | | $ | 2,316.60 |
| | **Gross Revenue Tax** | | | | | $ | 959.85 |
| | **Florida Sales & Use Tax** | | | | | $ | 14,991.67 |
| | **Universal Services Found** | | | | | $ | 3,604.50 |
| | **Subtotal** | | | | | $ | 298,093.29 |

**Invoice Summary**

| | | | |
|---|---|---|---|
| **Total Charges** | | $ | 273,466.67 |
| **State Communication Services Tax** | | $ | 2,754.00 |
| **Local Communication Services Tax** | | $ | 2,316.60 |
| **Gross Revenue Tax** | | $ | 959.85 |
| **Florida Sales & Use Tax** | | $ | 14,991.67 |
| **Universal Services Found** | | $ | 3,604.50 |
| **Total Taxes** | | $ | 24,626.62 |
| **Total Invoice** | | $ | 298,093.29 |

--------------------------------------------------------------------------------------------

PLEASE DETACH AND RETURN WITH YOUR PAYMENT
**REMITTANCE STUB**

**INVOICE #**
01-1204-00-002426
**INVOICE DATE**
December 1, 2004

**REMIT PAYMENT TO:**
TELEFONICA DATA USA INC
ATTN: Finance Director's Office
1221 BRICKELL AVE. SUITE 600
MIAMI, FL 33131

| **INVOICE AMOUNT DUE** |
|---|
| **$   298,093.29** |

**Lycos Inc.**
850 North Shoreline Blvd.
Mountainview, CA 94043

**Telefonica Data USA, Inc.**
1221 Brickell Ave., Suite 600
Miami, Fl. 33131

| | | | | |
|---|---|---|---|---|
| | | **Invoice No. :** | 01-1104-00-002374 | |
| | | **Invoice Date:** | 11/27/04 | |
| | | **Invoice Period:** | November-04 | |
| Contact: | Samuel Ortiz | **Payment Due:** | 12/27/04 | |
| Telephone: | 305-925-5782 | | | |
| Fax: | 305-373-1685 | | | |
| Email: | sortiz@us.telefonica.com | | | |

| Name | Lycos Inc. | | | |
|---|---|---|---|---|
| Address | 850 North Shoreline Blvd. | **Att:** | Bert Knorr | |
| | Mountainview, CA 94043 | **Tel #** | | |
| | | **Fax #** | 650 428 5111 | |
| | | **eMail:** | bert.knorr@corp.terralycos.com | |

| Qty. | DESCRIPTION | Unit Price | | Tax | | AMOUNT | |
|---|---|---|---|---|---|---|---|
| **Hosting** | | | | | | | |
| 1 | Difference in charged taxes  Circuit Madrid to Boston from January  2004 to October 2004 | $ | - | 0.00% | $  13,711.00 | $ | - |
| 1 | Difference in charged taxes  Domestic WAN from January  2004 to October 2004 | $ | - | 0.00% | $  52,888.50 | $ | - |
| | Subtotal | | | | $  66,599.50 | $ | - |
| | State Communication Services Tax | | | | | $ | - |
| | Local Communication Services Tax | | | | | $ | 21,818.97 |
| | Gross Revenue Tax | | | | | $ | 8,735.53 |
| | Florida Sales & Use Tax | | | | | $ | - |
| | Universal Services Found | | | | | $ | 36,045.00 |
| | Subtotal | | | | | $ | 66,599.50 |
| **Invoice Summary** | | | | | | | |
| | Total Charges | | | | | $ | - |
| | State Communication Services Tax | | | | | $ | - |
| | Local Communication Services Tax | | | | | $ | 21,818.97 |
| | Gross Revenue Tax | | | | | $ | 8,735.53 |
| | Florida Sales & Use Tax | | | | | $ | - |
| | Universal Services Found | | | | | $ | 36,045.00 |
| | Total Taxes | | | | | $ | 66,599.50 |
| | Total Invoice | | | | | $ | 66,599.50 |

---

PLEASE DETACH AND RETURN WITH YOUR PAYMENT

**INVOICE #**
01-1104-00-002374
**INVOICE DATE**
November 27, 2004

**REMIT PAYMENT TO:**
TELEFONICA DATA USA INC
ATTN: Finance Director's Office
1221 BRICKELL AVE. SUITE 600
MIAMI, FL  33131

**REMITTANCE STUB**

| INVOICE AMOUNT DUE |
|---|
| $      66,599.50 |

**Lycos Inc.**
850 North Shoreline Blvd.
Mountainview, CA 94043

**Subject:** visio #3
**From:** "Peter Hodgkins" <PHodgkins@us.telefonica.com>
**Date:** Tue, 16 Mar 2004 15:21:47 -0500
**To:** bert.knorr@corp.terralycos.com
**CC:** dean.batten@corp.terralycos.com, "Carlos David" <cdavid@us.telefonica.com>, "Adolfo Montenegro" <AMontenegro@us.telefonica.com>, "David Salway" <DSalway@us.telefonica.com>

```
Bert, Dean,

I have attached a diagram of the layout of suite 3 as it will be when both
MM and Terra are relocated.

There are two measurements on it.

1. This is 3754 sq. ft, this is the total that will be taken up by both
groups after the move is complete, as you have a 4000 sq. ft minimum, we
will charge 4000 sq.ft.

2.  264 sq. ft, we have built this out on Guillermo's request as he may
need expansion room, if he needs it you will be at 4018 sq.ft

I hope this shows you that moving is great for you and that you basically
then are at the minimum commit as opposed to ~5500 sq.ft.

Thanx Pete
(See attached file: Server Room #1 #3 Lycos - v03.16.04.vsd)
```

| **Server Room #1 #3 Lycos - v03.16.04.vsd** | **Content-Type:**     application/octet-stream<br>**Content-Encoding:** base64 |
|---|---|

**Subject:** SR3 Visio
**From:** "David Salway" <dsalway@us.telefonica.com>
**Date:** Mon, 27 Sep 2004 18:03:55 -0400
**To:** <dean.batten@corp.terralycos.com>
**CC:** <bert.knorr@corp.terralycos.com>, "Carlos David" <cdavid@us.telefonica.com>

Dean –This is the Visio which is where the 100 rack/cabinets came from.  Would you please validate where you came up with the 103 cabinets?  Thanks,


David Salway
Global Service Manager
Telefónica-Data USA, Inc.
dsalway@us.telefonica.com
Office - 786-845-9606
Cell - 305-989-0247
Fax - 786-845-0759

| Server Room 3  - Lycos 9.27.04.vsd | **Content-Description:** Server Room 3 - Lycos 9.27.04.vsd |
|---|---|
| | **Content-Type:**      application/octet-stream |
| | **Content-Encoding:**   base64 |

**Subject:** FW: Contract renegotiation
**From:** "David Salway" <dsalway@us.telefonica.com>
**Date:** Tue, 16 Nov 2004 06:31:46 -0500
**To:** "Dean Batten" <dean.batten@lycos-inc.com>
**CC:** "Zeke Rodriguez" <zrodriguez@us.telefonica.com>, "Ron Jones" <rjones@us.telefonica.com>, "Tom
Quarles" <tquarles@us.telefonica.com>

Dean,

First of all, sorry to hear of Bert's departure. I hope all is well, and he has landed somewhere that he is happy. I tried
reaching him on his cell and personal email to wish him well, but I am sure he has been busy.

In any case, I am glad that Ron and I were able to meet with both you and Bert in Boston back in September, so you
are completely up to speed on the issues you presented, as well as the importance of any new contract negotiations.
During the last discussion we had with Bert we stressed Telefonica's stance (reiterated in Zeke's attached email) -- that
in the absence of any new negotiations, (which would have to be amenable to both parties), we would continue to
invoice per the current contract, and the contractual minimums contained therein. Concurrent to this we also have
been asking to meet with your new Executive team, to discuss any proposed changes to your current services, or just
to meet and discuss your long and short-term strategy. (We have actually been asking for this meeting well in advance
of the company sale to Daum)

Lycos is an important customer to Telefonica, however given the lack of communications at the Executive level, I am
afraid we are heading down a path neither party wants to go. Specifically, we are approaching the 60 day past due
mark on the remainder of the September invoice, and we have been told by Bert that future invoices will be short-paid
to reflect actual usage versus contractual minimums. If this is the path that has been decided, and we don't start
talking very soon, the issue will certainly be out of my hands, and will simply be a Finance issue, as we have been
advised that suspensions and disconnect notices are sent according to Finance policies at the 30 day, and certainly
the 60-day past due mark. At that point there will be little we can do to resolve any differences.

Do you think we could schedule a meeting with you and your Senior Management sometime this week? Thanks,

David Salway
Manager of Customer Care
Enterprise Accounts
Telefonica North America
dsalway@us.telefonica.com
Office - 786-845-9606
Cell - 305-989-0247
Fax - 786-845-0759

**Subject:** Lycos Conference Call
**From:** "David Salway" <dsalway@us.telefonica.com>
**Date:** Fri, 10 Dec 2004 01:00:48 -0500
**To:** "Dean Batten" <dean.batten@lycos-inc.com>, "Carlos David" <cdavid@us.telefonica.com>, "Zeke Rodriguez" <zrodriguez@us.telefonica.com>


When: Friday, December 10, 2004 9:00 AM-9:30 AM (GMT-05:00) Eastern Time (US & Canada).
Where: Conference Call

*~*~*~*~*~*~*~*~*

866-245-9320
Conference Code:  7868459606

**Subject:** RE: Power for IBM cab
**From:** "Jamilette Johnston" <jjohnston@us.telefonica.com>
**Date:** Wed, 15 Dec 2004 15:58:33 -0500
**To:** <dean.batten@lycos-inc.com>
**CC:** "David Salway" <dsalway@us.telefonica.com>, "Isaac Marquez" <imarquez@us.telefonica.com>

Dean,

This work is going to be completed by tomorrow.
I'm very sorry it took as long as it did! I'm not exactly sure why it took this long, but it won't happen again!
I'll let you know when the work is completed!

Regards,

**Jamie Johnston**
**Telefonica Data USA**
**11300 NW 25 Street**
**Miami, FL 33172**
**Cell: (305) 297-8244**
**Fax: (786) 845-0759**
**E-mail: jjohnston@us.telefonica.com**

**From:** David Salway
**Sent:** Wednesday, December 15, 2004 12:33 PM
**To:** Jamilette Johnston
**Subject:** FW: Power for IBM cab

Hi Jamie,

Do you know whether this has been done?

David Salway
Director of Service Management
Enterprise Accounts
dsalway@us.telefonica.com
Office - 786-845-9606
Cell - 305-989-0247
Fax - 786-845-0759

-----Original Message-----
**From:** Dean Batten [mailto:dean.batten@lycos-inc.com]
**Sent:** Wednesday, December 15, 2004 11:38 AM
**To:** David Salway
**Cc:** Zeke Rodriguez
**Subject:** Power for IBM cab

David,

Isaac tells me the power for that IBM cab we have been waiting for still hasn't been finished. He is looking for the plugs beneath the tiles in that area and has found nothing.

Can you let me know what the story is? We originally requested this power in July - 5 months is a little long to be waiting don't you think?

- Dean.

**Subject:** Letter of confirmation
**From:** "Samuel Ortiz" <sortiz@us.telefonica.com>
**Date:** Tue, 11 Jan 2005 07:32:47 -0500
**To:** <dean.batten@lycos-inc.com>

Dean,

There was a letter sent by Deloitte & Touche asking for confirmation of balances, did you receive it? If not would you let me know where it could be sent so that they can confirm the information they are requesting?  Thanks for any help you can provide with this matter.

Regards,

Sam Ortiz