RECEIVED
Clerk's Office
USDC, Mass.
Date 1/26/05
By M.P.
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYCOS, INC., ) | C.A. No. 04-12716-WGY |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **AFFIDAVIT OF** |
| ) | **JULIE CALLAGEE** |
| TELEFONICA DATA USA, INC., ) | |
| ) | |
| Defendant. ) | |

I, Julie Callagee, state under oath as follows:

1. I am the Controller at Lycos, Inc. ("Lycos"), a position I have held since December of 2003. As Controller I am responsible for the accounting functions of Lycos, including accounts payable/receivable. I have received and reviewed invoices that Lycos has received from Telefonica Data USA, Inc. ("T-Data") for services T-Data has provided under a master services agreement ("MSA") and several exhibits and schedules with respect thereto (collectively, the "Transaction Documents") entered into by Lycos and T-Data in November of 2003, and have authorized payments by Lycos to T-Data for such services. I have personal knowledge of the facts set forth herein.

2. Since T-Data began providing Lycos services under the Transaction Documents in November of 2003, Lycos has paid T-Data over $1 million for those services (which figure does not include additional amounts paid for services rendered under certain related contracts). All of these payments by Lycos were made from Lycos' account with Bank of America (f/k/a Fleet Bank) located in Boston, Massachusetts.

SIGNED UNDER THE PENALTIES OF PERJURY this 26 day of January, 2005.

Julie Callagee