UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LYCOS, INC., | ) | C.A. No. 04-12716-WGY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CORPORATE DISCLOSURE STATEMENT** |
| | ) | **OF PLAINTIFF LYCOS, INC.** |
| TELEFONICA DATA USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

RECEIVED
Clerk's Office
USDC, Mass.
Date 1/26/05
By  M.P.
Deputy Clerk

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Massachusetts District Court Rule 7.3(A), plaintiff Lycos, Inc. states that it is wholly owned by Fenix Acquisition Corp., a Delaware holding company, which in turn is wholly owned by Daum Communication Corp., a Korean company publicly traded in Korea, which therefore indirectly owns 100% of the issued and outstanding shares of Lycos, Inc.

LYCOS, INC.

By its attorneys,

*[signature]*
Thomas O. Bean (BBO #548072)
Erik P. Bartenhagen (BBO# 640003)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Dated: January 26, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for defendant, Barry S. Pollack, Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, 33rd Floor, Boston, MA 02108, by hand on January 26, 2005.

*[signature]*
Erik P. Bartenhagen

1397189.1