UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LYCOS, INC.,                       )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )
                                   )
TELEFONICA DATA USA, INC.,         )   Case No. 04-12716 (WGY)
                                   )
        Defendant.                 )

### TELEFONICA DATA USA, INC.'S CERTIFICATION
### UNDER LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned, counsel for defendant Telefonica Data USA, Inc. ("Telefonica") and an authorized Telefonica representative, hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Barry S. Pollack (BBO #642064)
Jill Brenner Meixel (BBO #652501)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street 33rd floor
Boston, MA 02108
(617) 720-2880

_____
Ezequiel Rodriguez
Director, Corporate Development
Telefonica Data, USA, Inc.

Dated: February 3, 2005