UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LYCOS, INC., | ) | C.A. No. 04-12716-WGY |
| Plaintiff, | ) | |
| v. | ) | **PLAINTIFF'S CERTIFICATION** |
| | ) | **PURSUANT TO LOCAL RULE 16.1** |
| TELEFONICA DATA USA, INC., | ) | |
| Defendant. | ) | |

Pursuant to Local Massachusetts District Court Rule 16.1(D)(3), plaintiff Lycos, Inc. hereby certifies that it has conferred with counsel with respect to the above matter:

(a) with a view to establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

LYCOS, INC.

By: Eric Solowey
Deputy General Counsel

Thomas O. Bean (BBO #548072)
Erik P. Bartenhagen (BBO# 640003)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Dated: February 4, 2005

1401362.1