UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYCOS, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>TELEFONICA DATA USA, INC., )<br>)<br>Defendant. )<br>_____) | CIVIL ACTION<br>NO. 04-12716-WGY |

**TELEFONICA DATA USA, INC.'S MOTION TO DISMISS**
**LYCOS'S AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(1), Defendant Telefonica Data USA, Inc. (T-Data") hereby moves to dismiss Plaintiff Lycos, Inc.'s ("Lycos") Amended Complaint. As set forth in the accompanying Memorandum of Law, and incorporated herein by reference, this Court should dismiss Plaintiff's Amended Complaint because it lacks subject matter jurisdiction over the Plaintiff's Declaratory Judgment claims.

WHEREFORE, T-Data respectfully requests that the Court dismiss Plaintiff's Amended Complaint against T-Data in its entirety.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Telefonica requests oral argument on its Motion.

TELEFONICA DATA USA, INC.

By its attorneys,

*/s/ Jill Brenner Meixel*
Barry S. Pollack (BBO# 642064)
Jill Brenner Meixel (BBO# 652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880

Dated: February 8, 2005

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on February 8, 2005, I did confer in good faith, via telephone, with Thomas O. Bean, Esq., counsel for Plaintiff Lycos, Inc., in an effort to narrow or resolve the issues raised in this motion.

*/s/ Jill Brenner Meixel*
Jill Brenner Meixel