UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYCOS, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>TELEFONICA DATA USA, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 04-12716-WGY |

### AFFIDAVIT OF DAVID SALWAY

BEFORE ME, the undersigned authority, personally appeared DAVID SALWAY, who, after being first duly sworn, deposes and states the following:

1. My name is David Salway, and I am over the age of eighteen (18), and am a resident of Broward County, Florida. I am the Director of Service Management for Telefonica Data USA, Inc. ("T-Data") and have personal knowledge of the matters to which I am testifying to in this Affidavit.

2. In November, 2003 T-Data executed a Master Services Agreement ("MSA"), which memorialized the terms and conditions under which T-Data would provide to Lycos, Inc. ("Lycos") certain communications services.

3. In the fourth quarter of 2004 Lycos failed to pay three of T-Data's invoices for these services, allowing its account balance to grow to sum of approximately $1,000,000.00.

4. On December 20, 2004, I transmitted a default letter to Lycos, demanding that Lycos bring its account current by January 27, 2005.

5.   On January, 12, 2005 T-Data invoiced Lycos for the January, 2005 service period. A true and accurate copy of the January 12, 2005 invoice is attached hereto as Exhibit A.

6.   In that Invoice T-Data billed Lycos for Termination Charges, pursuant to Section 4.2 of Exhibit I to the MSA. T-Data, however, mistakenly calculated the charges based upon a two year term commitment. The MSA requires only a one year term commitment. The Termination Charges were therefore incorrect.

7.   On January 13, 2005, the very next day, I telephoned Patrick Hetherton at Lycos, informed him of the mistaken calculation, and asked him to disregard the charge.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DAVID SALWAY

STATE OF Florida )
                 ) SS:
COUNTY OF Dade   )

The foregoing instrument was acknowledged before me this _____ day of February, 2005, by DAVID SALWAY, who is personally known to me or who has produced a driver's license as identification and who did take an oath.

_____
Notary Public, State of Florida at Large.
Print or Stamp Name:
Commission No.:
My Commission Expires:



. ANA SANCHEZ
MY COMMISSION # DD 226295
EXPIRES: July 20, 2007
Bonded Thru Notary Public Underwriters

**Telefonica Data USA, Inc.**
1111 Brickell Ave., 10th Floor
Miami, Fl. 33131

Contact: Samuel Ortiz
Telephone: 305-925-5782
Fax: 305-373-1685
Email: sortiz@us.telefonica.com

| Invoice No. : | |
|---|---|
| Invoice Date: | 01/12/05 |
| Invoice Period: | January-05 |
| Payment Due: | 02/11/05 |

| Name | Lycos, Inc. Corporate Headquarters<br>Attn: Dean Batten |
|---|---|
| Address | 100 5th Ave<br>Waltham, MA 02451 |

| Att: | Dean Batten |
|---|---|
| Tel # | (781) 466-7634 |
| Fax # | (781) 370-3433 |
| eMail: | dean.batten@lycos-inc.com |

| Qty. | DESCRIPTION | Unit Price | Tax | | AMOUNT | |
|---|---|---|---|---|---|---|
| **Hosting** | | | | | | |
| 210 | 70 Power Whips L5 Configuration - Nov, Dec, Jan | $ 180.00 | 7.00% | $ 2,646.00 | $ | 37,800.00 |
| | Circuit - Madrid to Waltham, Mass<br>Service Date: 2/1/04<br>Term: 2 Years<br>Cancellation Date: 10/6/04, 60 Days Notice Req'd 10/6 - 12/6 | | | $ - | $ | |
| -1 | Credit for previous billing on December Invoice | $ 11,000.00 | 23.79% | $ (770.00) | $ | (11,000.00) |
| -1 | Credit for previous billing on January Invoice | $ 11,000.00 | 23.79% | $ (2,616.90) | $ | (11,000.00) |
| 14 | Billing for Remainder of Exhibit 1 (ATM Agmt) 12/1/04 - 1/31/06 (14 Months) | $ 11,000.00 | 23.79% | $ 10,780.00 | $ | 154,000.00 |
| | | | 7.00% | $ - | $ | - |
| | Subtotal | | | $ 10,039.10 | $ | 169,800.00 |
| | State Communication Services Tax | | | | $ | (748.00) |
| | Local Communication Services Tax | | | | $ | (629.20) |
| | Gross Revenue Tax | | | | $ | (260.70) |
| | Florida Sales & Use Tax | | | | $ | 12,656.00 |
| | Universal Services Found | | | | $ | (979.00) |
| | Subtotal | | | | $ | 179,839.10 |

**Invoice Summary**

| Total Charges | | $ | 169,800.00 |
|---|---|---|---|
| State Communication Services Tax | | $ | (748.00) |
| Local Communication Services Tax | | $ | (629.20) |
| Gross Revenue Tax | | $ | (260.70) |
| Florida Sales & Use Tax | | $ | 12,656.00 |
| Universal Services Found | | $ | (979.00) |
| Total Taxes | | $ | 10,039.10 |
| Total Invoice | | $ | 179,839.10 |

---

PLEASE DETACH AND RETURN WITH YOUR PAYMENT
**REMITTANCE STUB**

**INVOICE #**

**INVOICE DATE**
January 12, 2005

**REMIT PAYMENT TO:**
TELEFONICA DATA USA INC
ATTN: Finance Director's Office
1111 Brickell Ave., 10th Floor
MIAMI, FL 33131

| INVOICE AMOUNT DUE |
|---|
| $ 179,839.10 |

Lycos, Inc. Corporate Headquarters
100 5th Ave
Waltham, MA 02451