SCANNED
DATE: 2-7
BY: [initials]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB -4 P 4: 33
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| LYCOS, INC., | ) | C.A. No. 04-12716-WGY |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JOINT STATEMENT AND SCHEDULING |
| | ) | CONFERENCE MEMORANDUM |
| TELEFONICA DATA USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

YOUNG, D.J. /as modified/
So ordered as the case management scheduling order.
Discovery due Aug 5, 2005
Dispositive Motions due Aug 19, 2005

William G. Young
U.S. District Judge
Feb 9, 2005

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Massachusetts District Court Rule 16.1(B) and (D), the parties submit this Joint Statement and Scheduling Conference Memorandum.

I. **Proposed Agenda of Matters to be Discussed at Scheduling Conference**

   A.  Nature of the case.

   B.  Objection to subject matter jurisdiction and request for stay of discovery.

   C.  Settlement/ADR issues.

   D.  Motion, discovery and pre-trial schedule.

   E.  Amenability/objection to trial by magistrate judge.

II. **Proposed Discovery Plan**

   A.  <u>Initial Disclosures</u>. Plaintiff proposes that the parties shall exchange their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) no later than February 23, 2005. ~~Defendant proposes that the deadline for initial disclosures be set for May 31, 2005, so that a motion to dismiss for lack of subject matter jurisdiction and, if necessary, mandatory arbitration issues can be presented to the Court for resolution before discovery commences~~ in this action. /AY/

Defendant intends to file a timely motion to dismiss based on the lack of a justiciable case or controversy under Article III and, if necessary, a motion to compel arbitration (collectively the "initial motions"). Defendant does not believe that initial disclosures would advance the resolution of subject matter jurisdiction issues.

  B. <u>Written Discovery</u>. Plaintiff proposes that written discovery – interrogatories, requests for production, requests for admissions – shall be served with sufficient time to be completed by April 29, 2005. ~~Defendant proposes that the deadline be set for August 2, 2005, which will allow for resolution of the initial motions before discovery commences~~.

  C. <u>Fact Depositions</u>. Plaintiff proposes that the parties shall complete all fact depositions by May 27, 2005. ~~Defendant proposes that the deadline be set for September 16, 2005~~.

  D. <u>Expert Disclosures</u>. Plaintiff proposes that its expert disclosures, if any, are due on or before June 24, 2005, with defendant's expert disclosures, if any, due on or before July 30, 2005, and that expert depositions, if any, shall be completed on or before August 5, 2005. ~~Defendant proposes that plaintiff make expert disclosures on or before October 7, 2005, with defendant's expert disclosures due on or before November 4, 2005, and expert depositions completed on or before November 22, 2005~~.

III. **Proposed Motion Schedule**

  A. <u>Rule 12 Motions to Dismiss</u>. The defendant's motion to dismiss the Complaint for lack of jurisdiction, which was scheduled for hearing on February 16, 2005, has become moot in light of the filing of the Amended Complaint. Defendant intends to file a motion to dismiss the Amended Complaint based on, among other things, the lack of subject matter jurisdiction, and, if necessary, a motion to compel arbitration.

B.  <u>Amended Pleadings</u>.  ~~All motions for leave to amend the pleadings and/or to join additional parties shall be filed no later than March 25, 2005.  Defendant requests the~~ opportunity to seek leave for good cause to join additional parties through the completion of written discovery.

C.  <u>Dispositive Motions</u>.  Plaintiff proposes that the parties shall file all dispositive motions no later than August 19, 2005.  ~~Defendant proposes that this deadline be set at December 16, 2005~~.

IV.  **Proposed Trial Date**

Plaintiff proposes a trial date of November 15, 2005.  ~~Subject to its above-described objections and anticipated motions, Defendant proposes a trial date of January 10, 2005~~.

V.  **Certifications**

Pursuant to Local Rule 16.1(D)(3), all counsel hereby affirm that they have conferred with their clients regarding the costs of the full course of litigation and as to the costs of alternative courses of litigation, and that they have considered the possibility of resolving this litigation through the use of alternative dispute resolution programs.  The required certifications of clients and/or party representatives have been or will be filed separately with the Court.

VI.  **Miscellaneous**

Counsel for the Plaintiff and the Defendants have collaborated on all issues in this case and have agreed on the proposed schedule set forth above.  Pursuant to Local Rule 16.3(B)(2), all counsel therefore report that the case is progressing within the allotted time limits and in accord with the specified pretrial steps.  At this time, the parties do not consent to trial by Magistrate Judge, nor do they believe that phased discovery is appropriate.

- 4 -

Respectfully submitted,

| LYCOS, INC., | TELEFONICA DATA USA, INC., |
|---|---|
| By its attorneys, | By its attorneys, |

/s/ Erik Bartenhagen

Thomas O. Bean (BBO #548072)
Erik P. Bartenhagen (BBO# 640003)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000

/s/ Barry Pollack / eb

Barry S. Pollack (BBO #642064)
Jill Brenner Meixel (BBO #652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

1401414.1