# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LYCOS, INC., | ) | C.A. No. 04-12716-WGY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PLAINTIFF'S ASSENTED-TO** |
| | ) | **MOTION FOR EXTENSION OF TIME** |
| TELEFONICA DATA USA, INC., | ) | **TO RESPOND TO MOTION TO DISMISS** |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, plaintiff Lycos, Inc.

("Lycos") moves that the time within which it is required to file its opposition to defendant's

Motion to Dismiss be extended for three days to and including February 25, 2005.  Counsel

for defendant has assented to the allowance of this motion.

LYCOS, INC.

By its attorneys,

_____/s/_____

**Thomas O. Bean (BBO #548072)**
**Erik P. Bartenhagen (BBO# 640003)**
**NUTTER, McCLENNEN & FISH, LLP**
**World Trade Center West**
**155 Seaport Boulevard**
**Boston, MA  02210-2604**
**(617) 439-2000**

Dated:  February 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was upon the attorney of record for plaintiff, Barry S. Pollack, Esq., Donnelly Conroy & Gelhaar, LLP, One Beacon Street, Boston, MA 02108 by hand on February 22, 2005.

_____/s/_____
Thomas O. Bean

1405749.1