UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LYCOS, INC., | ) | C.A. No. 04-12716-WGY |
|     Plaintiff, | ) | |
| v. | ) | AFFIDAVIT OF |
| | ) | PATRICK HETHERTON |
| TELEFONICA DATA USA, INC., | ) | |
|     Defendant. | ) | |

I, Patrick Hetherton, state under oath as follows:

    1.    I am the Networks Operation Manager at Lycos, Inc. ("Lycos"), a position I have held since May of 2004. As part of my responsibilities as Networks Operation Manager, I review and approve invoices received by Lycos. I have received and reviewed invoices that Lycos has received from Telefonica Data USA, Inc. ("T-Data") for services T-Data has provided under a master services agreement ("MSA") and several exhibits and schedules with respect thereto (collectively, the "Transaction Documents") entered into by Lycos and T-Data in November of 2003, and from time to time I have discussed those invoices with T-Data personnel, including David Salway. I have personal knowledge of the facts set forth herein.

    2.    On January 12, 2005, Lycos received an invoice from T-Data purporting to charge Lycos $154,000.00 for cancellation of an ATM service Lycos had ordered from T-Data through a circuit from Madrid, Spain to Waltham, Massachusetts, commonly known as the "Madrid circuit." I reviewed this invoice on behalf of Lycos immediately after receiving it on January 12, 2005. Because T-Data mistakenly calculated the termination charges to Lycos based on a two-year commitment instead of a one-year commitment, Lycos was erroneously over-charged in an amount well over $100,000.00. To date, I have not received, nor am I

aware, after inquiry, of anyone else at Lycos having received, a corrected invoice or credit from T-Data rectifying this erroneous over-charge.

3. The first time that I or anyone else at Lycos learned that T-Data was not seeking the entire $154,000.00 billed to Lycos for termination of the Madrid Circuit was after T-Data made statements to that effect in papers they filed with the Court in support of their motion to dismiss Lycos' amended complaint, on or about February 8, 2005. While I did have a telephone conversation with David Salway on January 13, 2005, Mr. Salway did not mention anything about T-Data's erroneous over-charge for the Madrid Circuit during that call. If he had, I would have brought it to counsel's attention.

**SIGNED UNDER THE PENALTIES OF PERJURY this 25th day of February, 2005.**

/s/ Patrick Hetherton

1406870.1