UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 FEB 28 P 4:42

U.S. DISTRICT COURT
DISTRICT OF MASS.

LYCOS, INC.,

    Plaintiff,

v.

TELEFONICA DATA USA, INC.,

    Defendant.

Case No. 04-12716 (WGY)

## ASSENTED-TO MOTION FOR ADMISSION
## *PRO HAC VICE* OF ALEXANDER ANGUEIRA

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Alexander Angueira, Esq., of Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A., Museum Tower, 150 West Flagler Street, Suite 2200, Miami, Florida 33130, be admitted to appear on behalf of defendant Telefonica Data USA, Inc., and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

    1.    Mr. Angueira is and has been a member in good standing of the bar of the State of Florida since 1987; United States Supreme Court; Eleventh Circuit Court of Appeals; United States District Court for the Southern, Middle and Northern Districts of Florida; and the U.S. Court of Appeals for the Federal Circuit;

    2.    Mr. Angueira is and has been a member in good standing of the bars of the following United States Courts since the following dates:

        The Florida Bar – November 3, 1987
        United States Supreme Court – April 29, 2002
        Eleventh Circuit Court of Appeals – February 12, 2002

        United States District Court for the
        Southern District of Florida – October 15, 1999

United States District Court for the
Middle District of Florida – March 14, 2000

United States District Court for the
Northern District of Florida – April 14, 2000

U.S. Court of Appeals for the Federal Circuit – September 16, 2002

3. There are no disciplinary proceedings pending against Mr. Angueira as a member of the bar in any jurisdiction;

4. Mr. Angueira has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. In further support of this motion, Mr. Angueira has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. Angueira admission to practice before this Court *pro hac vice*.

Respectfully submitted,

/s/ Jill Brenner Meixel
Jill Brenner Meixel (BBO# 652501)
DONNELLY CONROY & GELHAAR LLP
One Beacon Street
33rd Floor
Boston, MA 02108
(617) 720-2880

Dated: February 28, 2005

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on February 28, 2005, I did confer in good faith, via telephone, with Erik P. Bartenhagen, Esq., counsel for Plaintiff Lycos, Inc., in an effort to narrow or resolve the issues raised in this motion, and counsel for Plaintiff has indicated that he assents to this motion.

/s/ Jill Brenner Meixel
Jill Brenner Meixel

2

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Alexander Angueira, Esq., hereby certify that: (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

Alexander Angueira, Esq.

February 22nd, 2005

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: 2/28/05