UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 28  P 4: 42

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LYCOS, INC., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 04-12716 (WGY) |
| TELEFONICA DATA USA, INC., | ) |
| Defendant. | ) |

## ASSENTED-TO MOTION FOR ADMISSION
## *PRO HAC VICE* OF CHRISTOPHER L. BARNETT

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Christopher L. Barnett, Esq., of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Suite 2200 - Museum Tower, 150 West Flagler Street, Miami, Florida 33130, be admitted to appear on behalf of Defendant Telefonica Data USA, Inc., and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1.  Mr. Barnett is and has been a member in good standing of the Bar of the State of Florida since October 23, 2001.

2.  Mr. Barnett is and has been a member in good standing of the bars of the following United States Courts since the following dates:

> United States District, Southern District of Florida - January 24, 2002;
>
> United States District, Middle District of Florida - October 15, 2002;
>
> United States District, Northern District of Florida - September 29, 2004;
>
> United States Court of Appeals, Eleventh Circuit - January 31, 2002; and

United States Court of Appeal, Federal Circuit - September 18, 2002;

3. There are no disciplinary proceedings pending against Mr. Barnett as a member of the bar in any jurisdiction;

4. Mr. Barnett has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. In further support of this motion, Mr. Barnett has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Christopher L. Barnett, Esq.'s admission to practice before this Court *pro hac vice*.

Respectfully submitted,

/s/ Jill Brenner Meixel
Jill Brenner Meixel (BBO# 652501)
DONNELLY CONROY & GELHAAR LLP
One Beacon Street
33rd Floor
Boston, MA 02108
(617) 720-2880

February 28, 2005

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on February 28, 2005, I did confer in good faith, via telephone, with Erik P. Bartenhagen, Esq., counsel for Plaintiff Lycos, Inc., in an effort to narrow or resolve the issues raised in this motion, and counsel for Plaintiff has indicated that he assents to this motion.

/s/ Jill Brenner Meixel
Jill Brenner Meixel

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Christopher L. Barnett, Esq., hereby certifies that: (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Christopher L. Barnett, Esq.

February 25, 2005

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: 2/28/05