# DONNELLY, CONROY & GELHAAR, LLP

ONE BEACON STREET
33RD FLOOR
BOSTON, MA 02108

TELEPHONE: (617) 720-2880   FACSIMILE: (617) 720-3554

FILED
IN CLERKS OFFICE

2005 FEB 29  P 3: 28
MAR 1

US DISTRICT COURT
DISTRICT OF MASS.

Barry S. Pollack
bsp@dcglaw.com

February 28, 2005

**VIA OVERNIGHT UPS**
Elizabeth F. Smith
Courtroom Clerk for the Hon. William G. Young
Office of the Clerk
United States District Court for
 The District of Massachusetts
One Courthouse Way
Boston, MA 02210

    Re:    Lycos, Inc. v. Telefonica Data USA, Inc.
             Civil Action No. 04-12716 (WGY)

Dear Ms. Smith:

    This letter confirms our conversation earlier today in which Defendant Telefonica Data USA, Inc. was provided through and including Tuesday, March 8, 2005, to file its reply in support of its pending motion to dismiss. I understand that we need not file a motion for leave to file the reply because a schedule has already been set by the Court.

    Please let me know if you have any questions. Thank you for your courtesies.

Respectfully submitted,

Barry S. Pollack

BSP/mam

cc:    Alex Angueira, Esq.
         Thomas O. Bean, Esq.