## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LYCOS, INC., | ) | C.A. No. 04-12716-WGY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **LYCOS' MOTION FOR LEAVE TO FILE** |
| | ) | **BRIEF SUR-REPLY WITH RESPECT TO** |
| TELEFONICA DATA USA, INC., | ) | **T-DATA'S MOTION TO DISMISS** |
| | ) | |
| Defendant. | ) | |

Plaintiff, Lycos, Inc. ("Lycos") hereby moves pursuant to Local District Court Rule 7.1(B)(3) to file a brief sur-reply to advise the Court of a fact that Lycos learned after it filed its Opposition to Telefonica Data USA, Inc.'s Motion to Dismiss ("Opposition"), and to make limited argument with respect thereto. That fact, which T-Data failed to bring to the Court's attention, may affect the Court's view as to whether the arbitration provision contained in the parties' agreement is substantively unconscionable as Lycos has argued.

Specifically, as set forth more fully in the sur-reply, Lycos has learned that Terra, one of the decision-makers in the arbitration process, is being merged into Telefonica, the other decision-maker, and Terra is being dissolved. This leaves T-Data's parent – Telefonica – as the sole decision-maker in the arbitration process. Lycos believes it is important for the Court to have this information before it in ruling on the motion to dismiss.

WHEREFORE, Lycos respectfully requests that the Court grant it leave to file a brief sur-reply.

Respectfully submitted,

LYCOS, INC.

By its attorneys,

/s/ Thomas O. Bean
Thomas O. Bean (BBO #548072)
Erik P. Bartenhagen (BBO# 640003)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000

Dated:  March 16, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for defendant, Barry S. Pollack, Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, 33rd Floor, Boston, MA 02108, by hand on March 16, 2005.

/s/ Thomas O. Bean

1412552.1