```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No. 04-12716-WGY



* * * * * * * * * * * * * * * * *
                                *
LYCOS, INC.,                    *
                                *
          Plaintiff,            *
v.                              * MOTION HEARING
                                *
TELEFONICA DATA USA, INC.,      *
                                *
          Defendant.            *
                                *
* * * * * * * * * * * * * * * * *

            BEFORE:  The Honorable William G. Young,
                          District Judge



APPEARANCES:


          NUTTER, McCLENNEN & FISH, LLP (By Thomas O.
     Bean, Esq. and Erik P. Bartenhagen, Esq.), World
     Trade Center West, 155 Seaport Boulevard, Boston,
     Massachusetts 02210-2604, on behalf of the
     Plaintiff

          STEARNS, WEAVER, MILLER, WEISSLER, ALHADEFF
     & SITTERSON, PA (By Christopher L. Barnett, Esq.),
     Museum Tower, 150 Flagler Street, Suite 2200,
     Miami, Florida 3330
          - and -
          DONNELLY, CONROY & GELHAAR, LLP (By Barry
     S. Pollack, Esq.), One Beacon Street, 33rd Floor,
     Boston, Massachusetts 02108, on behalf of the
     Defendant


                                     1 Courthouse Way
                                     Boston, Massachusetts

                                     March 23, 2005
```