UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LYCOS, INC., | ) | C.A. No. 04-12716-WGY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TELEFONICA DATA USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

To enable the parties to participate in the Court-ordered mediation in May, 2005, without incurring significant additional costs before then, plaintiff Lycos, Inc. and defendant Telefonica Data USA, Inc., hereby submit this joint motion to amend the deadlines for responding to discovery that has previously been served and the deadlines set forth in the Scheduling Order. This change in the schedule will NOT change the date for dispositive motions or the date for trial.

Specifically, the parties propose the following schedule:

| Event | Completion or Filing Date |
|---|---|
| T-Data's hand-delivery of documents responsive to Lycos' request for production of documents | on or before seven calendar days after completion of mediation where the case does not settle |
| Lycos' response and hand-delivery of (a) documents responsive to T-Data's request for production of documents and (b) answers to interrogatories | on or before seventeen calendar days after completion of mediation where the case does not settle. |
| Completion of Fact Discovery | July 22, 2005 |
| Hand delivery of Expert Reports per Fed. R. Civ. P. 26(a)(2) | July 29, 2005 |

- 2 -

| | |
|---|---|
| Completion of Expert Depositions per Fed. R. Civ. P. 26(b)(4) | August 5, 2005 |
| Filing of Dispositive Motions | August 19, 2005 |

**WHEREFORE**, the parties respectfully request that the Court adopt the schedule set forth above, and grant such other and further relief as it deems just and proper.

LYCOS, INC.

By its attorneys,

*/s/ Thomas Bean*
Thomas O. Bean (BBO # 548072)
Erik Bartenhagen (BBO # 640003)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02110-2604
Tel:  (617) 439-2000

Dated:  April 20, 2005

TELEFONICA DATA USA, INC.

By its attorney,

*/s/ Christopher Barnett*
Christopher L. Barnett (pro hac vice)
Stearns Weaver Miller
Weissler Alhadeff & Sitterson, P.A.
Museum Tower, Suite 2200
150 West Flagler St.
Miami, FL  33130
Tel:  (305) 789-3233

1422144.1