Execution Copy

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LYCOS, INC., | ) | C.A. No. 04-12716-WGY |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| v. | ) | **WITH PREJUDICE** |
| | ) | |
| TELEFONICA DATA USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, Lycos, Inc. and defendant Telefonica Data USA, Inc., hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) to dismiss the above-captioned action with prejudice, with each party to bear its own fees and costs, with all rights of appeal waived.

LYCOS, INC.

By its attorneys

*/s/ Thomas O. Bean*

Thomas O. Bean
McDermott Will & Emery, LLP
28 State Street
Boston, MA 02109
(617) 535-4000

June 20, 2005

TELEFONICA DATA USA, INC.

By its attorneys,

*/s/ Alex Angueira*

Alex Angueira (pro hac vice)
Stearns Weaver Miller Weissler
 Alhadeff & Sitterson, P.A.
Museum Tower – Suite 2200
150 West Flagler Street
Miami, Florida 33130
(305) 789-3200

- 8 -

BST99 1460059-3.057077.0013